UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Isaiah Wilson,

                Petitioner,

   -v-

United States,

                Respondent.

16-cv-4994 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

    The Government shall file a response to Petitioner Isaiah Wilson's pro se Rule 60(b) motion, Dkt. No. 36, by no later than January 20, 2023.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Wilson and to note the mailing on the public docket.

    SO ORDERED.

Dated: December 27, 2022
       New York, New York

                                          ALISON J. NATHAN
                                          United States Circuit Judge,
                                           sitting by Designation