```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Isaiah Wilson,

                Petitioner,

-v-

United States,

                Respondent.

16-cv-4994 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

    The Court has received Petitioner Isaiah Wilson's pro se Rule 60(b) motion, Dkt. No. 36, and the Government's response, Dkt. No. 39. Mr. Wilson shall file any reply by no later than February 6, 2023.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Wilson and to note the mailing on the public docket.

    SO ORDERED.

Dated: January 23, 2023
       New York, New York

                                        ALISON J. NATHAN
                                        United States Circuit Judge,
                                        sitting by Designation