USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Isaiah Wilson,

           Petitioner,

    -v-

United States,

           Respondent.

16-cv-4994 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

    On December 19, 2022, Petitioner Isaiah Wilson filed a Rule 60(b) motion pro se. Dkt. No. 36. On January 20, 2023, the Government filed its opposition to Mr. Wilson's motion. Dkt. No. 39. The Court previously granted Mr. Wilson an extension to March 13, 2023 to file his reply. Dkt. No. 43. The court has received letters from Mr. Wilson, dated February 22 and February 28, 2023, requesting a further extension of his reply deadline. Dkt. Nos. 45, 46. The Court hereby GRANT's Mr. Wilson's request. Mr. Wilson shall file any reply in support of his Rule 60(b) motion by no later than **April 18, 2023**.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Wilson and to note the mailing on the public docket.

    SO ORDERED.

Dated: March 7, 2023
       New York, New York

                                ALISON J. NATHAN
                                United States Circuit Judge,
                                 sitting by Designation