UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Isaiah Wilson,

                Petitioner,

  -v-

United States,

                Respondent.

16-cv-4994 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

    On December 19, 2022, Petitioner Isaiah Wilson filed a Rule 60(b) motion *pro se*. Dkt. No. 36. On January 20, 2023, the Government filed its opposition to Mr. Wilson's motion. Dkt. No. 39. The deadline for Mr. Wilson to file any reply was initially set on February 6, 2023, Dkt. No. 40, but the Court subsequently granted Mr. Wilson extensions to March 13, 2023, Dkt. No. 43, and then April 18, 2023, Dkt. No. 47.

    On April 21, 2023, the Court received a letter from Mr. Wilson, dated April 13, 2023, requesting another extension. Dkt. No. 48. The Court hereby GRANT's Mr. Wilson's request. Mr. Wilson shall file any reply in support of his Rule 60(b) motion by no later than **May 30, 2023**. **No further extensions of the reply deadline will be granted.**

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Wilson and to note the mailing on the public docket.

    SO ORDERED.

Dated: April 25, 2023
       New York, New York

                                          ALISON J. NATHAN
                                          United States Circuit Judge,
                                            sitting by Designation